No. 17,422.

HOCKNADEL *v.* BOSTRON.
(280 P. [2d] 439)

Decided February 21, 1955.

Mr. JOHN T. MALEY, for plaintiff in error.

Messrs. SANDHOUSE & SANDHOUSE, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.